**Order entered July 2, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00468-CV

### IN THE MATTER OF T.P., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-77361-X**

## ORDER

We **GRANT** the June 27, 2014 motion of Pamela Sumler, Official Court Reporter for the

305th Judicial District Court of Dallas County, Texas, for an extension of time to file the

reporter's record. The reporter's record shall be filed **on or before JULY 18, 2014**. No further

extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
         JUSTICE